David A. CUSTER, Claimant–Appellant

v.

Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2015–7093.

United States Court of Appeals, Federal Circuit.

March 16, 2016.

Maxwell Douglas Kinman, Alexander, Webb, and Kinman, Mason, OH, argued for claimant-appellant.

Emma Bond, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Scott D. Austin; Meghan Alphonso, Y. Ken Lee, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

PROST, Chief Judge, DYK and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

BRIDGEPORT FITTINGS, INC., Appellant

v.

ARLINGTON INDUSTRIES, INC., Appellee.

Nos. 2015–1616, 2015–1617.

United States Court of Appeals, Federal Circuit.

March 17, 2016.

Mark E. Ungerman, Ungerman IP, Washington, DC, argued for appellant. Also represented by Alan Marshall Anderson, Matthew Robert Palen, Alan Anderson Law Firm LLC, Minneapolis, MN.

Kathryn Clune, Crowell & Moring, LLP, Washington, DC, argued for appellee. Also represented by Jacob Ziemowit Zambrzycki, San Francisco, CA.

PROST, Chief Judge, DYK and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**